## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| FIMIC, S.R.L., <br><br>     Plaintiff/Counter-Defendant, <br><br>     v. <br><br> ADG SOLUTIONS, INC., <br><br>     Defendant/Counter-Plaintiff. | Case No. 1:19-cv-05636-SDG |

## CORRECTED AMENDED SCHEDULING ORDER

Defendant ADG Solutions, Inc. having filed a motion for a modification

to the current scheduling order, upon review of the motion and for good cause

shown, the Court GRANTS the motion and ORDERS the following

modifications to the previously entered Scheduling Order (ECF No. 53):

| Date | Event |
|---|---|
| June 8, 2021 | Fact discovery completed |
| July 8, 2021 | Deadline to disclose experts (including reports) on issues for which the party bears the burden of proof. |
| July 28, 2021 | Deadline to complete expert witness depositions (except rebuttal experts) |
| August 11, 2021 | Deadline to disclose rebuttal experts (including reports) |

| September 9, 2021 | Deadline to complete rebuttal expert witness depositions |
| October 8, 2021 | Dispositive motions due |

**DONE** and **ORDERED**, this 2nd day of April 2021.

_____

STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE

*Proposed by:*

Dean R. Fuchs
Georgia Bar No. 279170
SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
(404) 688-6800
d.fuchs@swtwlaw.com

*Counsel for ADG Solutions, Inc.*

2