IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIMIC, S.R.L., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> ADG SOLUTIONS, INC., <br><br> Defendant/Counter-Plaintiff. | Case No. 1:19-cv-05636-SDG |

**NOTICE OF SUBSTITUTION OF ATTORNEY RAYMOND R. RINKOL WITH ATTORNEY JOSEPH W. YOUNKER FOR FIMIC AND CERTIFICATE OF CONSENT FOR WITHDRAWAL**

This Notice of Substitution and Certificate of Consent is submitted pursuant to Local Rule 83.1(E)(3). In support thereof, the undersigned state as follows:

1. Raymond R. Rinkol appeared *pro hac vice* for Plaintiff/Counter-Defendant FIMIC, S.r.L. ("FIMIC") in this case.

2. Raymond R. Rinkol will be relocating with his family and is resigning from the law firm of Bradley Riley Jacobs PC.

3. Joseph W. Younker of Bradley Riley Jacobs PC (*pro hac vice forthcoming*) hereby substitutes as counsel for Raymond R. Rinkol on behalf of FIMIC.

4. David M. Caves and Ryan S. Fisher of Bradley Riley Jacobs PC and James W. Cobb and Sarah Brewerton-Palmer of Caplan Cobb LLP will remain as counsel for FIMIC.

5. FIMIC has been advised of the items set forth in LR 83.1(E)(2)(b)(B) through (H).

6. Raymond R. Rinkol hereby provides notice to the Court of his withdrawal as counsel. By its signature below, FIMIC consents with the withdrawal of Raymond R. Rinkol.

7. This Certificate of Consent has been signed by: (a) Erica Canaia, Sales Director and Authorized Agent for FIMIC; (b) Raymond R. Rinkol, the withdrawing attorney; (c) Joseph W. Younker (*pro hac vice forthcoming*), substitute counsel; and (d) David M. Caves, lead counsel for FIMIC.

[signatures on following page]

This 2nd day of June, 2021

CONSENTED AND AGREED TO BY:

| | |
|---|---|
| */s/ Raymond R. Rinkol* <br> Raymond R. Rinkol <br> (*pro hac vice*) <br> BRADLEY RILEY JACOBS PC <br> 320 W. Ohio Street, Suite 3W <br> Chicago, IL 60654 <br> Telephone: (312) 281-0295 <br> rrinkol@bradleyriley.com <br><br> *Withdrawing Counsel for* <br> *FIMIC, S.R.L.* | */s/ Erica Canaia* <br> Sales Director; Authorized Agent <br> FIMIC, S.r.L. |
| */s/ Joseph W. Younker* <br> Joseph W. Younker <br> (*pro hac vice forthcoming*) <br> BRADLEY RILEY JACOBS PC <br> 320 W. Ohio Street, Suite 3W <br> Chicago, IL 60654 <br> Telephone: (312) 281-0295 <br> jyounker@bradleyriley.com <br><br> *Substituting Counsel for* <br> *FIMIC, S.R.L.* | */s/ James W. Cobb* <br> James W. Cobb <br> Georgia Bar No. 420133 <br> Sarah Brewerton-Palmer <br> Georgia Bar No. 589898 <br> CAPLAN COBB LLP <br> 75 Fourteenth Street NE, Suite 2750 <br> Atlanta, Georgia 30309 <br> Tel: (404) 596-5600 <br> Fax: (404) 596-5604 <br> jcobb@caplancobb.com <br> spalmer@caplancobb.com <br><br> David M. Caves, *pro hac vice* <br> Ryan S. Fisher, *pro hac vice* <br> BRADLEY RILEY JACOBS PC <br> 320 W. Ohio Street, Suite 3W <br> Chicago, IL 60654 <br> Telephone: (312) 281-0295 <br> dcaves@bradleyriley.com <br> rfisher@bradleyriley.com <br><br> *Counsel for FIMIC, S.R.L.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2021, a copy of the Notice of Substitution of Attorney Raymond R. Rinkol with Attorney Joseph W. Younker for FIMIC and Certificate of Consent for Withdrawal was served by Electronic Case Filing (ECF) to all parties and counsel of record.

*/s/ James W. Cobb*
James W. Cobb
jcobb@caplancobb.com

*Counsel for Plaintiff*