IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIMIC, S.R.L., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> ADG SOLUTIONS, INC., <br><br> Defendant/Counter-Plaintiff. | Case No. 1:19-cv-05636-SDG |

**CERTIFICATE OF CONSENT FOR WITHDRAWAL OF COUNSEL**

This Certificate of Consent is submitted pursuant to Local Rule 83.1(E)(3) by Plaintiff/Counter-Defendant FIMIC, S.R.L. ("FIMIC"). Raymond R. Rinkol of Bradley Riley Jacobs PC is withdrawing as counsel for FIMIC. David M. Caves and Ryan S. Fisher of Bradley Riley Jacobs PC and James W. Cobb and Sarah Brewerton-Palmer of Caplan Cobb LLP will remain as counsel for FIMIC.

Pursuant to Local Rule 83.1E(3), the client has been advised of the following:

- This Court will retain jurisdiction over the action;
- The client has an obligation to keep the Court informed of a location where notices, pleadings, or other papers may be served;

- Failure or refusal to satisfy court-related obligations could result in adverse consequences;

- The dates of any scheduled proceedings will not be affected by the withdrawal of counsel; and

- Notices may be served on the client by serving any counsel of record.

By its signature below, FIMIC consents to the withdrawal of Mr. Rinkol.

[signatures on following page]

This 4th day of June, 2021.

CONSENTED AND AGREED TO BY:

| | |
|---|---|
| */s/ Raymond R. Rinkol* <br> *Withdrawing Counsel for* <br> *FIMIC, S.R.L.* <br><br> */s/ Erica Canaia* <br> Sales Director; Authorized Agent <br> FIMIC, S.r.L. | */s/ James W. Cobb* <br> James W. Cobb <br> Georgia Bar No. 420133 <br> Sarah Brewerton-Palmer <br> Georgia Bar No. 589898 <br> CAPLAN COBB LLP <br> 75 Fourteenth Street NE, Suite 2750 <br> Atlanta, Georgia 30309 <br> Tel: (404) 596-5600 <br> Fax: (404) 596-5604 <br> jcobb@caplancobb.com <br> spalmer@caplancobb.com <br><br> David M. Caves, *pro hac vice* <br> Ryan S. Fisher, *pro hac vice* <br> BRADLEY RILEY JACOBS PC <br> 320 W. Ohio Street, Suite 3W <br> Chicago, IL 60654 <br> Telephone: (312) 281-0295 <br> dcaves@bradleyriley.com <br> rfisher@bradleyriley.com <br><br> *Counsel for FIMIC, S.R.L.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2021, a copy of the Certificate of Consent for Withdrawal of Counsel was served by Electronic Case Filing (ECF) to all parties and counsel of record.

*/s/ James W. Cobb*
James W. Cobb
jcobb@caplancobb.com

*Counsel for Plaintiff*
