# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-05636-SDG
## FIMIC, S.r.L. v. ADG Solutions, Inc.
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Chambers on 08/03/2021.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:15 A.M.          COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:15                      DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Caves representing FIMIC, S.r.L. <br> Dean Fuchs representing ADG Solutions, Inc. |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Teleconference held regarding discovery dispute submitted by Plaintiff to the Court pursuant to its Standing Order. Plaintiff's request to limit the deposition of Erica Canania is DENIED. The Court ORDERED the deposition to go forward. |