## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| FIMIC, S.R.L., | |
| Plaintiff/Counter-Defendant, | Case No. 1:19-cv-05636-SDG |
| v. | |
| ADG SOLUTIONS, INC., | |
| Defendant/Counter-Plaintiff. | |

## DEFENDANT'S MOTION TO MODIFY
## CORRECTED AMENDED SCHEDULING ORDER

COMES NOW DEFENDANT ADG SOLUTIONS, INC. ("ADGS"), pursuant to Federal Rule of Civil Procedure 16 and for good cause, respectfully moves this Court to modify its April 5, 2021 Corrected Amended Scheduling Order (ECF No. 63) to extend the time for Defendant to disclose rebuttal experts (including reports).  In support of this Motion, ADGS respectfully shows as follows:

1)    On July 8, 2021, Plaintiff identified Erica Canaia as its non-retained expert.

2)    On July 28, 2021 (the last day for deposing expert witnesses other than rebuttal experts), counsel for ADGS attempted to depose Ms. Canaia to

discover her proffered expert findings and conclusions, but FIMIC's counsel refused to make her available for her deposition, and asked the Court for relief.

3)      On August 3, 2021, the Court conducted a discovery telephone conference with counsel, denying FIMIC's requested relief and ordering that the expert deposition of Ms. Canaia go forward.  (ECF No. 71).

4)      On August 3, 2021, ADGS's counsel requested a new deposition date for Ms. Canaia, but as of the filing of this Motion, FIMIC has not yet supplied ADGS's counsel with any proposed alternative deposition dates nor has it made Ms. Canaia available for a deposition and until that occurs ADGS cannot identify a potential rebuttal expert.

5)      According to the Corrected Amended Scheduling Order, the deadline for parties to disclose rebuttal experts (including reports) is August 11, 2021.  (ECF No. 63).

6)      ADGS is unable to meet the existing August 11, 2021 deadline for disclosing rebuttal experts until after it deposes Ms. Canaia on her proposed findings and conclusions.

7)      ADGS requests that it be permitted 30 days from the date it deposes Ms. Canaia to disclose any rebuttal expert (including report), and the parties will submit a proposed, revised Amended Scheduling Order once the deposition of Ms. Canaia is scheduled.

8)     ADGS does not seek this extension for purposes of undue delay, nor will the proposed extension prejudice the rights of either party.

Respectfully submitted, this 9th day of August 2021.

/s/ Dean R. Fuchs
DAVID L. TURNER
Georgia Bar No. 004530
DEAN R. FUCHS
Georgia Bar No. 279170

SCHULTEN WARD TURNER & WEISS, LLP
260 Peachtree Street, NW, Suite 2700
Atlanta, GA 30303
(404) 688-6800
d.turner@swtwlaw.com
d.fuchs@swtwlaw.com

*Counsel for ADG Solutions, Inc.*

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that this document complies with the Court's font and font-size requirements and that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 9th day of August 2021.

/s/ Dean R. Fuchs
Dean R. Fuchs
Georgia Bar No. 279170
d.fuchs@swtwlaw.com
*Counsel for Defendant*

3